[No. 4086–II.   Division Two.   July 22, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LOREN CHURCH, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 5294, D. J. Cunningham, J., entered March 29, 1979. *Affirmed as modified* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.

[No. 3339–2–III.   Division Three.   July 22, 1980.]

NORTH PACIFIC X–RAY CO., INC., *Respondent*, v. ROBERT G. DREYER, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 246445, Willard A. Zellmer, J., entered March 14, 1979. *Affirmed in part* and *reversed in part* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Roe, J.

[No. 3328–7–III.   Division Three.   July 22, 1980.]

LOVITT MINING CO., INC., ET AL, *Appellants*, v. EDWARD J. LOVITT, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 32432, Fred Van Sickle, J., entered February 27, 1979. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Roe, J.

[No. 3308–2–III.   Division Three.   July 22, 1980.]

ALBERT B. WEISS, ET AL, *Appellants*, v. WILLIAM A. SABLE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 78–2–00762–6, W. R. Cole, J., entered March 1, 1979. *Affirmed* by unpublished opinion per McInturff, A.C.J., concurred in by Munson and Roe, JJ.